# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN H. VILLAREAL and LORENA VILLAREAL,<br><br>Plaintiffs,<br><br>v.<br><br>SENECA MORTGAGE SERVICING, LLC; and US BANK, NA,<br><br>Defendants. | 15-cv-1400 --- EPG<br><br>**ORDER GRANTING IFP**<br><br>**(Doc. 3)** |

Plaintiff, Lorena Villareal, filed a complaint on September 16, 2015, and an application to proceed *in forma pauperis* on that same day. (Docs. 1 and 3). Plaintiff has made the required showing pursuant to 28 USC § 1915(a). Accordingly, the request to proceed *in forma pauperis* is GRANTED.

IT IS SO ORDERED.

Dated: **November 9, 2015**                /s/ Erica P. Grosjean
                                                              UNITED STATES MAGISTRATE JUDGE

1